### Kevin T. Conway, Esq.
### Attorney at Law
### Licensed in
### N.Y., N.J., CT.

*664 Chestnut Ridge Road*  *c/o DeCotiis, Fitzpatrick, Cole & Giblin, LLC*
*Spring Valley, NY 10977*  *500 Frank W. Burr Blvd., Ste. 31*
*Tel: (845) 352-0206*  *Teaneck, NJ 07666*
*Fax: (845) 352-0481*  *Tel: (201) 928-1100*


June 26, 2018

The Honorable Judge Katherine Polk Failla
United States District Court
Thurgood Marshall
United States Courthouse
40 Foley Square, Room 618
New York, NY 10007

*Re: 1:18-cv-04682-KPF- IP Address: 68.175.27.6*
   *Plaintiff's Request for Correction of Court Order (D.E. 15)*

Dear Judge Failla:

    Kevin T. Conway represents Plaintiff in the above captioned matter. Plaintiff filed a Motion for Leave to File a Third-Party Subpoena Prior to 26(f) Conference on June 4, 2018 (D.E. 8). The Court granted Plaintiff's Motion and issued an Order for same. On page 1 of the Order, there is a typographical error in the IP address, and in Exhibit A - "Notice to Defendant", the date of the Order and the case number are incorrect. Plaintiff would greatly appreciate the Court's correction of the Order at its earliest convenience.

    Thank you in advance for your assistance.

                                     Respectfully submitted,

By:    /s/ *Kevin T. Conway*
        Kevin T. Conway, Esq. (KC-3347)
        664 Chestnut Ridge Road
        Spring Valley, New York 10977-6201
        T: 845-352-0206
        F: 845-352-0481
        E-mail: ktcmalibu@gmail.com
        *Attorney for Plaintiff*